UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROWENA CASTRENCE PAMINTUAN,

Plaintiff,

v.

SSA COMMISSIONER,

Defendant.

Case No. 25-cv-09833-TSH

**ORDER TO SHOW CAUSE**

On November 21, 2025, the Court ordered the parties to meet and confer to determine whether they would file a joint statement or separate statements of the Administrative Record. ECF No. 7.  After the meet and confer, the Court directed Plaintiff to file, on the same filing date as the opening brief, either a joint or separate statement of the record.  *Id.*  On February 13, 2026, Plaintiff filed a brief but no joint or separate statement.  As such, the Court denied Plaintiff's brief without prejudice and ordered the parties to meet and confer.  ECF No. 14.  The Court directed Plaintiff to file a revised brief, along with the joint or separate statement, by March 10, 2026.  As of today, Plaintiff has failed to respond.

The Court possesses the inherent power to dismiss an action sua sponte if a plaintiff fails to prosecute their action or fails to comply with court orders.  Fed. R. Civ. P. 41(b); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962) (dismissal for failure to prosecute); *Yourish v. Cal. Amplifier*, 191 F.3d 983, 987 (9th Cir. 1999) (dismissal for failure to comply with court orders). Accordingly, the Court **ORDERS** Plaintiff Rowena Castrence Pamintuan to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by March 19, 2026.  Notice is hereby provided that failure to file a written response will be deemed an admission that you do not intend to prosecute, and this case

United States District Court
Northern District of California

will likely be dismissed.  Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: March 12, 2026

_____
THOMAS S. HIXSON
United States Magistrate Judge