UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Rowena Castrence Pamintuan,<br><br>Plaintiff,<br><br>vs.<br><br>Commissioner of Social Security,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 3:25-cv-09833-TSH<br><br>**ORDER**<br>**AWARDING EQUAL ACCESS TO JUSTICE ACT FEES**<br>**28 U.S.C. §2412(d)** |

IT IS ORDERED that EAJA fees are awarded in the amount of $10,000.00. IT IS FURTHER ORDERED that EAJA fees are awarded to Plaintiff in the amount of $10,000.00, subject to any federal debt owed by the Plaintiff. If the Department of the Treasury determines that Plaintiff does not owe a federal debt, the government shall cause the payment of fees be made directly to Eddy Pierre Pierre, Esq., and/or Pierre Pierre Law, P.C., pursuant to the Assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

Dated: November 13, 2026

Hon. Thomas S. Hixson
United States Magistrate Judge